**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ARSHAD AL-SABUR, on behalf of himself and those similarly situated, | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 2:18-cv-957<br>) |
| vs. | ) JUDGE GEORGE C. SMITH<br>) |
| ADS ALLIANCE DATA SYSTEMS, INC., | ) MAGISTRATE JUDGE VASCURA<br>) |
| Defendant. | ) |

## ORDER GRANTING CONDITIONAL CERTIFICATION

For good cause shown, the parties' Stipulation to conditionally certify the defined group of current and former employees as a collective action pursuant to 29 U.S.C. § 216(b) is **GRANTED**. The parties' request to delay notice to the putative class members while the parties explore whether a resolution is possible is **GRANTED**. The parties are ordered to explore a potential resolution of this matter and work cooperatively as set forth in the Stipulation. In accordance with the parties' Stipulation, the statute of limitations is tolled from October 22, 2018 until the parties' mediation.

**IT IS SO ORDERED.**

                                                    *s/ George C. Smith*
                                                    **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**